UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA JO BOROWSKY,<br><br>    Plaintiff,<br><br>    v.<br><br>HAMILTON BEACH BRANDS, INC., et al.,<br><br>    Defendants. | Case No. 25-cv-02364-JSC<br><br>**JUDGMENT** |

By order filed on June 27, 2025, the Court dismissed this action for lack of subject-matter jurisdiction without prejudice. So, the Court enters judgment in favor of Defendants Hamilton Beach Brands Holding Company and Hamilton Beach Brands, Inc. and against Plaintiff Nora Jo Borowsky without prejudice

**IT IS SO ORDERED.**

Dated: July 9, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge